# EXHIBIT A

## Declaration of Nick Wooten

IN THE UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF ALABAMA

IN THE MATTER OF:

William Henry Feggins,

                Debtor.

          Chapter 13
          Case No. 13-11319

_____

WILLIAM HENRY FEGGINS,

                Plaintiff,

vs.

LVNV FUNDING, LLC and
RESURGENT CAPITAL SERVICES, LP,

                Defendants.

          Adv. Proc. No. 14-01049

_____

**DECLARATION OF NICK WOOTEN IN SUPPORT OF MOTION FOR
AWARD OF ATTORNEY FEES AND EXPENSES**

_____

I, Nick Wooten, declare under the penalties of perjury, as provided for by 18 U.S.C. § 1746, that the following statements are true:

1.    I am over the age of 21, under no legal disability, and I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify to the following statements.

2.    I am a 1993 graduate of Troy University Dothan and a 1997 graduate of The Jones School of Law. I completed my LLM *Summa Cum Laude* in International Finance and Taxation from the Thomas Jefferson School of Law in San Diego, California in December of 2013.

3.    I am a member of the Alabama State Bar, the National Association of Consumer Advocates, Alabama Association for Justice and the American Association for Justice.

4.    I am a member in good standing of the following Courts:

- The Alabama Supreme Court.
- The United States Court of Appeals for the 11th Circuit.
- All United States District Courts for Alabama.
- All United States Bankruptcy Courts for Alabama.
- The United States District Court for the Northern District of Florida.

- The United States Bankruptcy Court for the Northern District of Florida.
- The United States District Court for the Northern District of Illinois including general admission and admission to the Trial Bar.
- The United States District Court for the Eastern and Western Districts of Arkansas.
- The United States Bankruptcy Courts for the Eastern and Western Districts of Arkansas.
- Additionally, at various times I have been admitted Pro Hac Vice in State Courts in New York, Kentucky, Ohio and Florida.
- I have also been granted Pro Hac Vice admission in Bankruptcy Courts in Delaware, the Eastern District of New York, the Southern District of New York, the Northern District of Mississippi and the Middle District of Louisiana.
- I have also been granted Pro Hac Vice Admission in the United States District Court for Kansas.

5.  I have substantial experience in consumer law litigation. I have gained some national notoriety for my consumer advocacy and the work that I have done related to mortgage securitization and its impact upon consumer foreclosures, mortgage foreclosure defense, mortgage servicing litigation and other forms of complex consumer litigation.

6.  Based upon my national reputation as a consumer advocate I have been asked to speak at a number of legal education seminars to educate the Bench and Bar about consumer law issues. A non-exhaustive list of speaking engagements includes:

   a.  2008 Annual Conference, Alabama Trial Lawyers' Association, *Foreclosure Defense in Alabama.*
   b.  2008 Annual Tort Law Update, Alabama State Bar / ABICLE, *Foreclosure Defense in Alabama.*
   c.  8/2009, University of Minnesota Law School, *Discovery & Surviving Summary Judgment in Foreclosure Litigation.*
   d.  9/2009, National Consumer Law Center, Annual Conference, *The Role of Various Default Sub-servicers in Foreclosure.*
   e.  3/2010, Legal Services of New York, *Why Should I Care About Securitization in the Context of Foreclosure Defense?*
   f.  8/2010, Max Gardner's Bankruptcy Boot Camps, *Understanding the Issues in Foreclosure Defense,* Shelby, NC Special Conference.
   g.  1/2011, Alabama Association for Justice, *Foreclosure Primer on Securitization.*
   h.  3/2011, Max Gardner's Bankruptcy Boot Camps, Las Vegas, *New York Trust Law and its impact on Securitization.*
   i.  4/2011, Federal Judicial College, Charlotte, NC. *Moving Mortgage Loans* with Tara Twomey, Tal Franklin and Kathleen Cully.
   j.  8/2011, Federal Judicial College, Portland, Oregon. *Same.*

k. 10/2011, National Association of Consumer Bankruptcy Attorneys, *Who Owns the Note?* with Tara Twomey and Thad Bartholow.

l. 10/2011, National Association of Consumer Bankruptcy Attorneys, *Litigating Mortgage Servicing Abuse Claims in the Bankruptcy Court* with Max Gardner and Thad Bartholow.

m. 6/2012, National Association of Consumer Advocates, *Updates and Developments in Foreclosure Defense Litigation,* with Kathleen Cully.

n. 9/2014, National Association of Consumer Bankruptcy Attorneys, *Dealing with Debt Buyer Claims*, with Tara Twomey and Miriam Goott.

o. 9/2015 National College of Bankruptcy Judges, *Impact of Crawford v. LVNV on Debt Buyers in the Bankruptcy Courts,* with Alane Beckett and Dailie Jimenez.

p. 12/2015 Mississippi Bankruptcy Conference, *Follow the Money*, covering topics related to Mortgage Servicing and Bankruptcy Litigation.

7. My legal employment is as follows:

- From September 1997 to May 1998, I worked as a legal assistant to Andy Birchfield and Rhon Jones at the Beasley Allen firm in Montgomery, Alabama while completing my last year of law school.

- From May 1998 to present, I have worked as a sole practitioner almost exclusively representing consumers in personal injury and tort claims. Since October 2007 I have expended a large amount of my time representing consumers in bankruptcy litigation, consumer litigation, mortgage servicing litigation, foreclosure defense litigation and other forms of complex litigation.

- From May 1998 to present, I have done business under several names including Nicholas Wooten & Associates, Nick Wooten, P.C., Wooten & Carlton, Wooten, Hood & Lay, Consumer Law Group, Wooten Law Firm, LLC and Nick Wooten, LLC.

8. Some important decisions in which I have acted as lead counsel are as follows:

a. *Crawford v. LVNV Funding,* 758 F. 3d 1254 (11th Cir. 2014), cert. denied by *LVNV Funding, LLC v. Crawford*, 2015 U.S. LEXIS 2724 (U.S., Apr. 20, 2015)

b. *McLean v. Greenpoint Credit LLC*, 515 B.R. 841 (M.D. Ala. 2014)

c. *In re Thorne*, 471 B.R. 496 (Bankr. N.D. Miss. 2012)

d. *Parker v. Credit Central*, 15-11204-BB (11th Cir., Dec. 17, 2015)

e. *Hammer v. Residential Credit Sols., Inc*., 2015 U.S. Dist. LEXIS 162636 (N.D. Ill. Dec. 3, 2015) (Affirming $2 million dollar verdict for homeowner)

9. The undersigned states that the Laffey Matrix is recognized as a point of reference for the reasonableness of hourly rates of compensation for an attorney practicing in the Federal Courts of Washington, D.C. based upon the attorney's years of experience.

10.     The Laffey Matrix is published by the Department of Justice annually and is available for inspection at the following link on the world wide web: http://www.justice.gov/usao/dc/divisions/civil_laffey_matrix_8.html

11.     The undersigned represents that the Laffey Matrix reveals an attorney with the undersigned's years of experience would have a presumptive reasonable hourly rate of $655.00 per hour for June 2014 through May 2015 and $661.00 per hour for June 2015 through May 2016. This rate would of course be subject to adjustment based upon the so-called "Johnson factors" set out in Federal common law on the subject of reasonable fees.

12.     The undersigned's published hourly rate for hourly billing services in his office is $350.00 per hour.

13.     The undersigned has expended a total of 119.8 hours on behalf of the Plaintiffs and prosecution of the claims against Defendants.

14.     The undersigned represents that the Laffey Matrix reveals a paralegal with the undersigned's certified paralegal's years of experience would have a presumptive reasonable hourly rate of $179.00 per hour for June 2014 through May 2015 and $180.00 per hour for June 2015 through May 2016.

15.     The undersigned's paralegal also expended 34.30 hours in prosecution of this matter at $125.00 per hour.

16.     The undersigned's law firm incurred costs and expenses of $241.05 in prosecution of this adversary proceeding.

17.     The amount of fees and expenses generated by this billing is $46,458.55 for attorney fees, paralegal fees, and costs as itemized on attached Exhibit "A-1."

18.     In preparing and submitted this billing I have adjusted off the billing (and have not submitted) any items that I considered to be duplicative or arguably excessive. However, many of the entries required some duplication because of the amount of time and effort required to sort through and separate out arguments made repeatedly in extensive briefings of the defendants in this case. I have also not billed for time spent conferring with my paralegal and providing directions to her. I have also not billed for all my travel time and expenses related to the case.

19.     According to the terms of the employment agreement between the Plaintiffs and my firm, my compensation for the work on this case is dependent upon the Court awarding fees and costs pursuant to applicable law.

20.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of December, 2015.

/s/ Nick Wooten
Nick Wooten - Bar No. WOO084
Nick Wooten, LLC
17200 Chenal Pkwy Suite 300 PMB 357
Little Rock, Arkansas 72223
Tel. (334) 887-3000
Fax (334) 821-7720
nick@nickwooten.com

# Nick Wooten, LLC

# INVOICE

18 Toulouse Court
Little Rock, Arkansas 72211

Invoice # 55
Date: 12/18/2015
Due On: 01/17/2016

Ray Balcom

## 2014-04450

## Balcom, Ray vs. LVNV Funding & Resurgent Capital

### Services

| Date | Attorney | Description | Quantity | Rate | Total |
|------|----------|-------------|----------|------|-------|
| 07/17/2014 | LP | Email referral from RG | 0.10 | $125.00 | $12.50 |
| 07/17/2014 | LP | Signed K from client, review POCs. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Set up file. | 0.20 | $125.00 | $25.00 |
| 07/29/2014 | LP | Prepare 9007 Application and Declaration. | 0.20 | $125.00 | $25.00 |
| 07/29/2014 | LP | Email 9007 Application and Declaration to NHW for review, signature. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Draft AP vs. LVNV & Resurgent, draft Summons. | 0.50 | $125.00 | $62.50 |
| 07/29/2014 | LP | Email draft AP to NHW for review. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Finalize and efile 9007 application and declaration. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | NW | Review and Edit for filing paralegal's draft of complaint. | 0.20 | $350.00 | $70.00 |
| 07/29/2014 | NW | Return final version of complaint to document management. | 0.10 | $350.00 | $35.00 |
| 07/29/2014 | NW | Notify paralegal complaint ready for filing. | 0.10 | $350.00 | $35.00 |
| 07/29/2014 | LP | Efile Complaint, Exhibits and Summons. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Update file with efiled docs. | 0.10 | $125.00 | $12.50 |
| 07/30/2014 | LP | Summons issued. | 0.10 | $125.00 | $12.50 |
| 07/30/2014 | LP | Prepare summons and complaint for service on 2 defs. | 0.20 | $125.00 | $25.00 |
| 07/30/2014 | LP | Prepare summons service executed. | 0.10 | $125.00 | $12.50 |
| 07/30/2014 | LP | Efile summons service executed. | 0.10 | $125.00 | $12.50 |

| Date | | Description | | | |
|------|----|-------------|------|---------|--------|
| 07/30/2014 | LP | Update file with efiled docs, service on defendants (tracking info). | 0.20 | $125.00 | $25.00 |
| 09/02/2014 | LP | Draft Plaintiff's opposition to MTD. | 0.50 | $125.00 | $62.50 |
| 09/02/2014 | LP | Finalize and efile Opposition to LVNV's MTD. | 0.10 | $125.00 | $12.50 |
| 09/02/2014 | LP | Update file. | 0.10 | $125.00 | $12.50 |
| 06/05/2015 | LP | TC from client re: status of case. | 0.10 | $125.00 | $12.50 |
| | | | **Services Subtotal** | | **$527.50** |

## Expenses

| Date | Description | Quantity | Rate | Total |
|------|-------------|----------|------|-------|
| 07/29/2014 | PACER - 2 POCs | 1.00 | $2.00 | $2.00 |
| 07/30/2014 | Postage. | 1.00 | $0.80 | $0.80 |
| 07/30/2014 | Copies. | 1.00 | $5.20 | $5.20 |
| | | **Expenses Subtotal** | | **$8.00** |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Nick Wooten | 0.4 | $350.00 | $140.00 |
| Linnea Pedelty | 3.1 | $125.00 | $387.50 |
| | | **Subtotal** | **$535.50** |
| | | **Total** | **$535.50** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 55 | 01/17/2016 | $535.50 | $0.00 | $535.50 |
| | | | **Outstanding Balance** | **$535.50** |
| | | | **Total Amount Outstanding** | **$535.50** |

Please make all amounts payable to: Nick Wooten, LLC

Please pay within 30 days.

# Nick Wooten, LLC

# INVOICE

18 Toulouse Court
Little Rock, Arkansas 72211

Invoice # 56
Date: 12/18/2015
Due On: 01/17/2016

Donnie Chandler

## 2014-04452

## Chandler, Donnie vs. LVNV & Resurgent

### Services

| Date | Attorney | Description | Quantity | Rate | Total |
|------|----------|-------------|----------|------|-------|
| 07/17/2014 | LP | Email referral from RG. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Prepare 9007 Application and Declaration. | 0.20 | $125.00 | $25.00 |
| 07/29/2014 | LP | Email 9007 Application and Declaration to NHW for review and signature. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Draft AP and Summons. | 0.50 | $125.00 | $62.50 |
| 07/29/2014 | LP | Email AP to NHW for review. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Efile AP, exhibits and summons. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Update file with efiled docs. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | NW | Review and Edit for filing paralegal's draft of complaint. | 0.20 | $350.00 | $70.00 |
| 07/29/2014 | NW | Return final version of complaint to document management. | 0.10 | $350.00 | $35.00 |
| 07/29/2014 | NW | Notify paralegal complaint ready for filing. | 0.10 | $350.00 | $35.00 |
| 07/29/2014 | LP | Signed K from client, review POCs (2 LVNVs). | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Set up file. | 0.20 | $125.00 | $25.00 |
| 07/30/2014 | LP | Summons issued. | 0.10 | $125.00 | $12.50 |
| 07/30/2014 | LP | Prepare summons and complaint for service on 2 defs. | 0.20 | $125.00 | $25.00 |
| 07/30/2014 | LP | Prepare summons service executed. | 0.10 | $125.00 | $12.50 |
| 07/30/2014 | LP | Efile summons service executed. | 0.10 | $125.00 | $12.50 |
| 07/30/2014 | LP | Update file with efiled docs, service on defs (tracking info). | 0.20 | $125.00 | $25.00 |

Case 14-01049   Doc 90-1   Filed 12/18/15   Entered 12/18/15 17:33:25   Desc  Exhibit
A - Declaration of Nick Wooten   Page 10 of 24

| 09/02/2014 | LP | Draft Plaintiff's opposition to MTD. | 0.50 | $125.00 | $62.50 |
|---|---|---|---|---|---|
| 09/02/2014 | LP | Finalize and efile Opposition to LVNV's MTD. | 0.10 | $125.00 | $12.50 |
| 09/02/2014 | LP | Update file. | 0.10 | $125.00 | $12.50 |
| | | | **Services Subtotal** | | **$502.50** |

**Expenses**

| Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 07/29/2014 | PACER costs (2 POCs) | 1.00 | $1.50 | $1.50 |
| 07/30/2014 | Postage. | 1.00 | $0.80 | $0.80 |
| 07/30/2014 | Copies. | 1.00 | $3.60 | $3.60 |
| | | **Expenses Subtotal** | | **$5.90** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Nick Wooten | 0.4 | $350.00 | $140.00 |
| Linnea Pedelty | 2.9 | $125.00 | $362.50 |
| | | **Subtotal** | **$508.40** |
| | | **Total** | **$508.40** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 56 | 01/17/2016 | $508.40 | $0.00 | $508.40 |
| | | | **Outstanding Balance** | **$508.40** |
| | | | **Total Amount Outstanding** | **$508.40** |

Please make all amounts payable to: Nick Wooten, LLC

Please pay within 30 days.

# Nick Wooten, LLC

# INVOICE

18 Toulouse Court
Little Rock, Arkansas 72211

Invoice # 57
Date: 12/18/2015
Due On: 01/17/2016

William Feggins

## 2014-04429

## Feggins, William Henry vs. LVNV Funding, LLC and Resurgent Capital Services, L.P.

### Services

| Date | Attorney | Description | Quantity | Rate | Total |
|------|----------|-------------|----------|------|-------|
| 07/16/2014 | LP | Review POCs, file set up | 0.20 | $125.00 | $25.00 |
| 07/16/2014 | LP | Draft AP and prepare summons (.50); email AP to NHW for review (.10). | 0.60 | $125.00 | $75.00 |
| 07/17/2014 | NW | Edit draft complaint from paralegal for filing. | 0.30 | $350.00 | $105.00 |
| 07/17/2014 | NW | Return edited complaint to document management. | 0.10 | $350.00 | $35.00 |
| 07/17/2014 | NW | Instruct paralegal to file edited complaint. | 0.10 | $350.00 | $35.00 |
| 07/17/2014 | LP | Finalize and efile AP (.10); update file (.20). | 0.30 | $125.00 | $37.50 |
| 07/17/2014 | LP | Summons Issued. | 0.10 | $125.00 | $12.50 |
| 07/18/2014 | LP | Prepare lawsuit for service by certified mail (.20); prepare and efile Summons service executed (.20); update file (.10). | 0.50 | $125.00 | $62.50 |
| 07/23/2014 | LP | Email to client re: K and case, followed by return phone call from client. | 0.20 | $125.00 | $25.00 |
| 07/29/2014 | NW | meeting with client regarding case and contract. | 0.30 | $350.00 | $105.00 |
| 07/29/2014 | LP | Prepare 9007 and Declaration (.20); efile same (.10) | 0.30 | $125.00 | $37.50 |
| 08/20/2014 | LP | Review LVNV's MTD (calendar for 2 weeks) (.20); email to NHW re: same (.10); start draft of Opposition to MTD (.30). | 0.60 | $125.00 | $75.00 |
| 08/27/2014 | LP | Work on response to MTD; email draft to NHW to complete argument. | 0.50 | $125.00 | $62.50 |
| 08/27/2014 | NW | Prepare motion to consolidate Crawford cases under the Feggins case. | 1.40 | $350.00 | $490.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/27/2014 | NW | Review Doc 16 Reply to Opposition to Motion to Dismiss | 0.70 | $350.00 | $245.00 |
| 08/28/2014 | NW | Drafting of response to Motion to Dismiss. | 2.20 | $350.00 | $770.00 |
| 08/29/2014 | NW | Review motion to dismiss by defendants. | 0.40 | $350.00 | $140.00 |
| 08/29/2014 | NW | Review draft of response to MTD supplement factual assertions in draft. | 0.50 | $350.00 | $175.00 |
| 08/29/2014 | NW | Research on case law related to "first-filed class action rule" | 2.20 | $350.00 | $770.00 |
| 08/29/2014 | NW | Draft arguments section of response to motion to dismiss. | 0.70 | $350.00 | $245.00 |
| 08/29/2014 | LP | Review Opposition to MTD; finalize. | 0.80 | $125.00 | $100.00 |
| 08/29/2014 | NW | Completion of research on issues raised by defendant with respect to first filed rule and other issues raised by LVNV's motion to dismiss. | 5.40 | $350.00 | $1,890.00 |
| 08/29/2014 | NW | drafting of the response to the motion to dismiss. | 3.20 | $350.00 | $1,120.00 |
| 08/30/2014 | LP | Efile Opposition to MTD. | 0.10 | $125.00 | $12.50 |
| 09/18/2014 | LP | TC from client re: rescheduled hrg on MTD - does he have to be there. | 0.10 | $125.00 | $12.50 |
| 09/30/2014 | LP | LVNV's reply to Plaintiff's Opposition to LVNV's Motion to Stay or Dismiss | 0.10 | $125.00 | $12.50 |
| 09/30/2014 | NW | Attend hearing on motion to dismiss AP. Includes one hour drive time each direction and one hour in court time. | 3.00 | $350.00 | $1,050.00 |
| 10/03/2014 | NW | Review Order denying motion to dismiss (Doc 17). | 0.10 | $350.00 | $35.00 |
| 10/03/2014 | NW | Review Order of consolidation for all AP's (Doc 18). | 0.10 | $350.00 | $35.00 |
| 10/03/2014 | NW | Review order setting scheduling conference (Doc 19) | 0.10 | $350.00 | $35.00 |
| 10/15/2014 | NW | Review motion for reconsideration (Doc 21) filed by defendants. | 1.20 | $350.00 | $420.00 |
| 10/21/2014 | LP | TC from client re: case status. | 0.20 | $125.00 | $25.00 |
| 10/21/2014 | NW | Attend scheduling conference by conference call. | 0.50 | $350.00 | $175.00 |
| 10/21/2014 | NW | Review Resurgent's answer (Doc 23) | 0.40 | $350.00 | $140.00 |
| 10/22/2014 | LP | Email to NHW; compare MTD with Motion to Reconsider for cases cited. | 0.30 | $125.00 | $37.50 |
| 10/22/2014 | NW | Review defendants' answer at Doc 22 (LVNV) | 0.90 | $350.00 | $315.00 |
| 10/23/2014 | LP | PDF and efile Response to Motion to Reconsider Motion to Stay (.10); update each file with LVNV/ Resurgent Answers and Corporate Disclosures (.20). | 0.30 | $125.00 | $37.50 |

| | | | | | |
|---|---|---|---|---|---|
| 10/23/2014 | NW | Draft response to the motion to reconsider (Doc 21). | 0.40 | $350.00 | $140.00 |
| 10/23/2014 | NW | Review LVNV's Amended answer at Doc 27 | 0.70 | $350.00 | $245.00 |
| 10/23/2014 | NW | Review Resurgent's amended answer at Doc 28 | 0.40 | $350.00 | $140.00 |
| 10/24/2014 | LP | Scheduling order - update calendar. | 0.20 | $125.00 | $25.00 |
| 10/24/2014 | NW | Review scheduling Order entered by the Court | 0.40 | $350.00 | $140.00 |
| 12/09/2014 | NW | Review supplement to motion to reconsider filed by LVNV | 1.30 | $350.00 | $455.00 |
| 12/16/2014 | NW | Review the opinion of the Court denying the motion to reconsider at Doc 33 | 2.30 | $350.00 | $805.00 |
| 12/19/2014 | LP | Review 2nd Amended Answers by LVNV and Resurgent and update file. | 0.20 | $125.00 | $25.00 |
| 12/19/2014 | NW | Review LVNV's 2nd amended answer at Doc 37 | 0.70 | $350.00 | $245.00 |
| 12/19/2014 | NW | Review Resurgent's 2nd amended answer at Doc 38 | 0.40 | $350.00 | $140.00 |
| 03/09/2015 | NW | Review of letter dated March 9, 2015 from Neal Moore regarding certain claims in the consolidated litigation and due diligence on the information raised in the letter. | 1.20 | $350.00 | $420.00 |
| 04/30/2015 | LP | Review MJP, email to NHW re: same. | 0.50 | $125.00 | $62.50 |
| 04/30/2015 | NW | Review motion for Judgment on the Pleadings filed by defendants | 5.30 | $350.00 | $1,855.00 |
| 05/09/2015 | NW | Research and drafting on the opposition to the defendant's motion for judgment on the pleadings. | 8.20 | $350.00 | $2,870.00 |
| 05/26/2015 | NW | Draft of agreed motion to extend deadline to respond to motion for judgment on the pleadings. | 0.50 | $350.00 | $175.00 |
| 06/09/2015 | NW | Email conversation with opposing counsel regarding matters in the case. | 0.60 | $350.00 | $210.00 |
| 06/15/2015 | LP | Rule 26(a)(3) Disclosures due today - draft same and email to NHW (1.50); efile same per NHW (.10); disclosures filed late by defendants (.20). | 1.80 | $125.00 | $225.00 |
| 06/15/2015 | NW | Review, edit and finalize Plaintiff's Rule 26(a)(3) disclosures. | 0.80 | $350.00 | $280.00 |
| 06/18/2015 | LP | Review Opposition to MJP. | 0.80 | $125.00 | $100.00 |
| 06/18/2015 | NW | Editing, research and drafting of VER 3 of response to Motion for Judgment on the pleadings | 4.20 | $350.00 | $1,470.00 |
| 06/19/2015 | LP | Finish review Opposition to MJP, email to NHW (1.20); prepare dismissals of APs in Bryant & Oliver, email same to NHW for review (.30); revise and efile (.20). | 1.70 | $125.00 | $212.50 |

| | | | | | |
|---|---|---|---|---|---|
| 06/19/2015 | NW | Final edits to response to motion for judgment on the pleadings. | 4.60 | $350.00 | $1,610.00 |
| 06/19/2015 | NW | Edit and finalize motion to dismiss Oliver and Bryant AP's | 0.30 | $350.00 | $105.00 |
| 07/02/2015 | LP | Review Defendants' MJP including MTD (.30); TC with NHW re: same (.40); review and compare with original MJP (1.00); email notes to NHW (.20). | 1.90 | $125.00 | $237.50 |
| 07/02/2015 | NW | Review Doc 51 "Motion for Judgment on the Pleadings" by Defendants | 3.20 | $350.00 | $1,120.00 |
| 07/03/2015 | NW | Review of pleadings filed by defendants to distinguish arguments made in the July 2 MJP from earlier arguments made in the case and formulate response to arguments raised. | 3.20 | $350.00 | $1,120.00 |
| 07/15/2015 | NW | Work on finalizing Joint PT Statement | 2.40 | $350.00 | $840.00 |
| 07/16/2015 | LP | Update file; notes re: clients for hearing; email to NHW re: trial prep. | 0.50 | $125.00 | $62.50 |
| 07/20/2015 | LP | TCs from client (Chandler) re: subpoenas from LVNV and checks; TC with NHW re: same. | 0.50 | $125.00 | $62.50 |
| 07/21/2015 | LP | Trial prep - TC with Mr. Henson re: trial; check addresses on all plaintiffs; email from/to NHW re: same. | 0.30 | $125.00 | $37.50 |
| 07/21/2015 | NW | email conversation with OC regarding matters related to the trial of the AP. | 0.70 | $350.00 | $245.00 |
| 07/23/2015 | NW | Review Order setting case for trial on 8-10-15 (Doc 53) | 0.10 | $350.00 | $35.00 |
| 08/04/2015 | LP | TC from Mr. Feggins re: trial; email to NHW re: same. | 0.20 | $125.00 | $25.00 |
| 08/04/2015 | LP | Prepare docs for trial notebooks, email to Allegra Printing for copying (.80); revise Motion to Quash for efiling (.20); efile Motion to Quash (.10); email to Bill Livingston re: Hrg on Motion to Quash (.20) | 1.30 | $125.00 | $162.50 |
| 08/04/2015 | NW | Research and drafting on motion to quash subpoenas issued to debtor's attorneys. | 5.20 | $350.00 | $1,820.00 |
| 08/05/2015 | LP | TC to Bill Livingston re: hearing on Motion to Quash - left voice msg (.10); NOH - set for Thursday at 2:30 p.m., email to NHW re: same (.10); forward NOH and Motion to David Poston (.10); forward Tina Lam's NOA and LVNV's Response to David Poston and NHW (.10); update file (.10). | 0.50 | $125.00 | $62.50 |
| 08/05/2015 | NW | Review Defendant's response to motion to quash Doc 59. | 0.80 | $350.00 | $280.00 |
| 08/06/2015 | LP | Pleadings filed by Defendants - NOA and Notice of Dismissal in 2 APs and 1 Feggins claim; update file. | 0.30 | $125.00 | $37.50 |

| 08/06/2015 | NW | Trial Prep (preparing clients and witnesses to testify at the trial). | 3.80 | $350.00 | $1,330.00 |
|---|---|---|---|---|---|
| 08/07/2015 | LP | Emails from/to NHW re: trial, contacts with clients. | 0.20 | $125.00 | $25.00 |
| 08/08/2015 | NW | Drive time to Alabama for Trial on Feggins | 8.00 | $350.00 | $2,800.00 |
| 08/09/2015 | NW | Feggins trial prep time | 3.30 | $350.00 | $1,155.00 |
| 08/10/2015 | NW | Drive time to Little Rock after Feggins trial | 8.00 | $350.00 | $2,800.00 |
| 08/10/2015 | NW | Feggins Trial time and preparation time | 4.50 | $350.00 | $1,575.00 |
| 08/11/2015 | LP | Conference with NHW re: case; Defendants' MFJ. | 1.00 | $125.00 | $125.00 |
| 08/11/2015 | LP | Review Motion for Judgment; email summary to NHW. | 1.20 | $125.00 | $150.00 |
| 08/11/2015 | NW | Review of pleadings filed by defendant and comparison of those pleadings to earlier filed pleadings by defendant to determine if any arguments are needed in response to the arguments made in the renewed pleading. | 2.30 | $350.00 | $805.00 |
| 08/12/2015 | LP | Finalize Notice to Defendants' Motion (62) and efile same (.20); update file (.10). | 0.30 | $125.00 | $37.50 |
| 08/12/2015 | NW | Review and research regarding motion for judgment on the pleadings (DOC 62) and preparation of notice of no further filings with respect to those motions. | 4.20 | $350.00 | $1,470.00 |
| 08/21/2015 | LP | LVNV's MFJ on Partial findings of law. | 0.10 | $125.00 | $12.50 |
| 08/21/2015 | LP | Draft Motion to Strike MFJ and email same to NHW for review (.50); efile same (.10). | 0.60 | $125.00 | $75.00 |
| 08/21/2015 | NW | Review (skim through) of Defendants motion for judgment on partial findings of law for all consolidated cases (DOC 65) and preparation of motion to strike same. | 1.30 | $350.00 | $455.00 |
| 08/25/2015 | LP | Review Opinion & Order denying MJP. | 0.20 | $125.00 | $25.00 |
| 08/25/2015 | NW | Review Trial Court's opinion denying motion for judgment on the pleadings (Doc 67). | 3.20 | $350.00 | $1,120.00 |
| 08/31/2015 | LP | Detailed comparison of MJPs filed by Defendants based upon Response to our Motion to Strike. | 1.30 | $125.00 | $162.50 |
| 08/31/2015 | NW | Review Defendant's response to Motion to Strike at Doc 72 | 0.30 | $350.00 | $105.00 |
| 11/20/2015 | NW | Review opinion awarding judgment in favor of clients at Doc 75. | 1.70 | $350.00 | $595.00 |
| 12/03/2015 | NW | Review notice of appeal and discuss plans for appeal with paralegal. | 0.80 | $350.00 | $280.00 |

| 12/18/2015 | NW | Review file and billing for accuracy and completeness, review fee app and declaration and make final edits and return to paralegal for filing. | 3.60 | $350.00 | $1,260.00 |
| 12/18/2015 | LP | Draft Application for Fees; NHW Declaration in Support. | 1.80 | $125.00 | $225.00 |
| 12/18/2015 | NW | Review Appellant's designation of record on appeal (Doc 87) and Statement of Issues on appeal (Doc 88). | 0.60 | $350.00 | $210.00 |
| | | | | **Services Subtotal** | **$43,880.00** |

### Expenses

| Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 07/21/2014 | Certified mail - 2 defendants | 1.00 | $13.82 | $13.82 |
| 07/21/2014 | Copies. | 1.00 | $4.60 | $4.60 |
| 08/05/2015 | Allegra Printing - photocopies for trial notebooks. | 1.00 | $149.92 | $149.92 |
| 08/05/2015 | 8 3-ring binders for trial. | 1.00 | $43.51 | $43.51 |
| | | | **Expenses Subtotal** | **$211.85** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Nick Wooten | 117.3 | $350.00 | $41,055.00 |
| Linnea Pedelty | 22.6 | $125.00 | $2,825.00 |
| | | **Subtotal** | **$44,091.85** |
| | | **Total** | **$44,091.85** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 57 | 01/17/2016 | $44,091.85 | $0.00 | $44,091.85 |
| | | | **Outstanding Balance** | **$44,091.85** |
| | | | **Total Amount Outstanding** | **$44,091.85** |

Please make all amounts payable to: Nick Wooten, LLC

Page 6 of 7

Case 14-01049    Doc 90-1    Filed 12/18/15    Entered 12/18/15 17:33:25    Desc  Exhibit A - Declaration of Nick Wooten    Page 17 of 24

Please pay within 30 days.

Page 7 of 7

Case 14-01049    Doc 90-1    Filed 12/18/15    Entered 12/18/15 17:33:25    Desc  Exhibit
A - Declaration of Nick Wooten    Page 18 of 24

# Nick Wooten, LLC                                    **INVOICE**

18 Toulouse Court                                      Invoice # 59
Little Rock, Arkansas 72211                            Date: 12/18/2015
                                                       Due On: 01/17/2016

Robert Henson

## 2014-04456

## Henson, Robert vs. LVNV Funding & Resurgent

### Services

| Date | Attorney | Description | Quantity | Rate | Total |
|------|----------|-------------|----------|------|-------|
| 07/18/2014 | LP | Email referral from RG. | 0.10 | $125.00 | $12.50 |
| 07/18/2014 | LP | Signed K from client; review POC. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Set up file. | 0.20 | $125.00 | $25.00 |
| 07/29/2014 | LP | Prepare 9007 Application and Declaration. | 0.20 | $125.00 | $25.00 |
| 07/29/2014 | LP | Email 9007 Application and Declaration to NHW for review and signature. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Efile 9007 application and declaration. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Draft AP and Summons. | 0.20 | $125.00 | $25.00 |
| 07/29/2014 | LP | Email AP to NHW for review. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Efile AP, exhibit and summons. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Update file with efiled docs. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | NW | Review and edit draft of complaint. | 0.20 | $350.00 | $70.00 |
| 07/29/2014 | NW | Return final version of complaint to document management. | 0.10 | $350.00 | $35.00 |
| 07/29/2014 | NW | Notify paralegal complaint ready for filing. | 0.10 | $350.00 | $35.00 |
| 07/30/2014 | LP | Summons issued. | 0.10 | $125.00 | $12.50 |
| 07/30/2014 | LP | Summons issued. | 0.10 | $125.00 | $12.50 |
| 07/30/2014 | LP | Prepare summons and complaint for service on 2 defs. | 0.20 | $125.00 | $25.00 |
| 07/30/2014 | LP | Prepare summons service executed. | 0.10 | $125.00 | $12.50 |
| 07/30/2014 | LP | Efile summons service executed. | 0.10 | $125.00 | $12.50 |

| Date | | Description | Quantity | Rate | Total |
|------|---|-------------|----------|------|-------|
| 07/30/2014 | LP | Update file with efiled docs, service on defs (tracking info). | 0.20 | $125.00 | $25.00 |
| 09/02/2014 | NW | Review and edit draft of opposition to MTD and / or Motion to Stay. | 0.90 | $350.00 | $315.00 |
| 09/02/2014 | LP | Draft Plaintiff's opposition to MTD. | 0.50 | $125.00 | $62.50 |
| 09/02/2014 | LP | Finalize and efile Opposition to LVNV's MTD. | 0.10 | $125.00 | $12.50 |
| 09/02/2014 | LP | Update file. | 0.10 | $125.00 | $12.50 |
| | | | **Services Subtotal** | | **$805.00** |

## Expenses

| Date | Description | Quantity | Rate | Total |
|------|-------------|----------|------|-------|
| 07/29/2014 | PACER | 1.00 | $0.60 | $0.60 |
| 07/30/2014 | Postage | 1.00 | $0.80 | $0.80 |
| 07/30/2014 | Copies | 1.00 | $2.60 | $2.60 |
| | | **Expenses Subtotal** | | **$4.00** |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Nick Wooten | 1.3 | $350.00 | $455.00 |
| Linnea Pedelty | 2.8 | $125.00 | $350.00 |
| | | **Subtotal** | **$809.00** |
| | | **Total** | **$809.00** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 59 | 01/17/2016 | $809.00 | $0.00 | $809.00 |
| | | | **Outstanding Balance** | **$809.00** |
| | | | **Total Amount Outstanding** | **$809.00** |

Please make all amounts payable to: Nick Wooten, LLC

Please pay within 30 days.

# Nick Wooten, LLC

# INVOICE

18 Toulouse Court
Little Rock, Arkansas 72211

Invoice # 58
Date: 12/18/2015
Due On: 01/17/2016

Cynthia Grant

## 2014-04455

## Grant, Cynthia vs. LVNV Funding & Resurgent Capital Services (3 POCs)

### Services

| Date | Attorney | Description | Quantity | Rate | Total |
|------|----------|-------------|----------|------|-------|
| 07/25/2014 | LP | Email referral from RG. | 0.10 | $125.00 | $12.50 |
| 07/25/2014 | LP | Signed K from client; review 3 POCs by LVNV & Resurgent. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Set up file. | 0.20 | $125.00 | $25.00 |
| 07/29/2014 | LP | Prepare 9007 Application and Declaration. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Email Application & Declaration to NHW for review, signature. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Efile 9007 application & declaration. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Draft AP and Summons. | 0.50 | $125.00 | $62.50 |
| 07/29/2014 | LP | Email AP to NHW for review. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Efile AP, exhibits and summons. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | LP | Update file with efiled docs. | 0.10 | $125.00 | $12.50 |
| 07/29/2014 | NW | Review and edit for filing paralegal's draft of complaint. | 0.20 | $350.00 | $70.00 |
| 07/29/2014 | NW | Return final version of complaint to document management. | 0.10 | $350.00 | $35.00 |
| 07/29/2014 | NW | Notify paralegal complaint ready for filing. | 0.10 | $350.00 | $35.00 |
| 07/30/2014 | LP | Summons issued. | 0.10 | $125.00 | $12.50 |
| 07/30/2014 | LP | Prepare summons and complaint for service on defs. | 0.20 | $125.00 | $25.00 |
| 07/30/2014 | LP | Prepare summons service executed. | 0.10 | $125.00 | $12.50 |

| | | | | | |
|---|---|---|---|---|---|
| 07/30/2014 | LP | Efile summons service executed. | 0.10 | $125.00 | $12.50 |
| 07/30/2014 | LP | Update file with efiled docs, service on defs (tracking info). | 0.20 | $125.00 | $25.00 |
| 09/02/2014 | LP | Draft Plaintiff's opposition to MTD. | 0.50 | $125.00 | $62.50 |
| 09/02/2014 | LP | Finalize and efile Opposition to LVNV's MTD. | 0.10 | $125.00 | $12.50 |
| 09/02/2014 | LP | Update file. | 0.10 | $125.00 | $12.50 |
| | | | **Services Subtotal** | | **$502.50** |

### Expenses

| Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 07/29/2014 | PACER | 1.00 | $3.50 | $3.50 |
| 07/30/2014 | Postage | 1.00 | $0.80 | $0.80 |
| 07/30/2014 | Copies. | 1.00 | $7.00 | $7.00 |
| | | **Expenses Subtotal** | | **$11.30** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Nick Wooten | 0.4 | $350.00 | $140.00 |
| Linnea Pedelty | 2.9 | $125.00 | $362.50 |
| | | **Subtotal** | **$513.80** |
| | | **Total** | **$513.80** |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 58 | 01/17/2016 | $513.80 | $0.00 | $513.80 |
| | | | **Outstanding Balance** | **$513.80** |
| | | | **Total Amount Outstanding** | **$513.80** |

Please make all amounts payable to: Nick Wooten, LLC

Please pay within 30 days.